# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

MARIA A. DIMAS,

    Plaintiff,

    vs.                                     Case No. 1:20-cv-01282-KWR-LF

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.

## ORDER GRANTING DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S MOTION TO BIFURCATE AND STAY

**THIS MATTER** came before the Court upon Defendant State Farm Mutual Automobile Insurance Company's Motion to Bifurcate and Stay (**Doc.19**) requesting the Court enter an Order bifurcating Plaintiff's underinsured motorist (UIM) claim from her extra-contractual claims and staying the extra-contractual claims, including discovery, pending resolution of her UIM claim by a jury. Plaintiff filed a Response to the Motion (**Doc. 21**) indicating no opposition to the relief requested within the Motion. The Court finds that the Motion is **WELL-TAKEN** and should be **GRANTED.**

    **IT IS THEREFORE ORDERED** that Plaintiff's UIM claims are hereby **BIFURCATED** from her extra-contractual claims and her extra-contractual claims are **STAYED** pending resolution of her UIM claim by a jury.

    **IT IS SO ORDERED.**

                                                        **KEA W. RIGGS**
                                                      **UNITED STATES DISTRICT JUDGE**