# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

MARIA A. DIMAS,

    Plaintiff,

v.    No. 1:20-cv-01282-KWR-LF

STATE FARM AUTOMOBILE
INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** having come before the Court upon the Motion of the Plaintiff Maria A. Dimas, all parties having concurred, and the Court being fully advised in the premises,

**HEREBY FINDS** that the Court has jurisdiction over the parties and the subject matter herein and that the Motion is **WELL-TAKEN** and should be **GRANTED.**

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Complaint of the Plaintiff herein and all claims which could have been asserted therein are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorney fees.

**IT IS SO ORDERED.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**

**Submitted by:**


*/s/ Anthony James Ayala – approved via email*
Anthony James Ayala
Attorney for Plaintiff
601 Parkside Place SE
Albuquerque, NM 87110
Telephone: (505) 344-0401
nmlawyerayala@gmail.com



Approved by:

*/s/ Todd A. Schwarz*
Todd A. Schwarz
Miller Stratvert P.A.
P.O. Box 25687
Albuquerque, New Mexico 87125
*Attorneys for Defendant*